AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

DAWN MORING

V.

C.R. BARD, INC.
AND
DAVOL, INC.

**SUMMONS IN A CIVIL CASE**

Case Number: 3:08CV687

Judge: David A. Katz

Magistrate Judge:

TO: (Name and address of defendant)

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

~~Davol, Inc.~~ XXXXXXXXX
~~100 Sockanossett Crossroads~~ XXXXXXXXXXXXXXXXXXXX
~~Cranston, RI 02920~~ XXXXXXXXXXXXXXX

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kyle A. Silvers, Esq.
Shindler, Neff, Holmes,
Schlageter & Mohler, L.L.P.
300 Madison Ave., Suite 1200
Toledo, OH 43604

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

DATE: March 19, 2008

s/ LoriAnne MacKenzie
(By) Deputy Clerk

AO 440 (Rev. 8/06) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:
( *Date* )

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

DAWN MORING

V.

C.R. BARD, INC.
AND
DAVOL, INC.

**SUMMONS IN A CIVIL CASE**

Case Number: 3:08CV687

Judge: David A. Katz

Magistrate Judge:

TO: (Name and address of defendant)

~~C.R. Bard, Inc.~~
~~730 Central Avenue~~
~~Murray Hill, NJ 07974~~

Davol, Inc.
100 Sockanosset Crossroads
Cranston, RI 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kyle A. Silvers, Esq.
Shindler, Neff, Holmes,
Schlageter & Mohler, L.L.P.
300 Madison Ave., Suite 1200
Toledo, OH 43604

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

s/ LoriAnne MacKenzie
(By) Deputy Clerk

DATE: March 19, 2008

AO 440 (Rev. 8/06) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:
( *Date* )

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.