Cat08, MDL, MDLRMD, Termed

# U.S. District Court
# Northern District of Ohio (Toledo)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00687−DAK

Moring v. C.R. Bard, Inc., et al.
Assigned to: Judge David A. Katz
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/19/2008
Date Terminated: 04/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Dawn Moring**

represented by **Kyle A. Silvers**
Shindler, Neff, Holmes, Schlageter &Mohler
1200 Edison Plaza
300 Madison Avenue
Toledo, OH 43604
419−243−6281
Fax: 419−474−9522
Email: ksilvers@snhslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2008 | " 1 | **Complaint** with jury demand against C.R. Bard, Inc., Davol, Inc.. Filing fee $ 350, receipt number 0647000000002919593, filed by Dawn Moring. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Silvers, Kyle) (Entered: 03/19/2008) |
| 03/19/2008 | " | Judge David A. Katz assigned to case. (M,L) (Entered: 03/19/2008) |
| 03/19/2008 | " 2 | Summons and Magistrate Consent Form issued for service upon C.R. Bard, Inc., Davol, Inc. (Attachments: # 1 Magistrate Consent Form) (M,L) (Entered: 03/19/2008) |
| 04/28/2008 | " 3 | Conditional Transfer Order (CTO−18) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case to District of Rhode Island, assigned to Judge Mary M. Lisi as case number CA08−2456. (S,J) (Entered: 04/28/2008) |